RICHARD G. KLEEVER et al., Respondents, v. ALICE HARRELL, Appellant.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.